The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAHRI ASAD CUNNINGHAM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | No. C17-439RAJ <br><br> ORDER GRANTING UNOPPOSED <br> MOTION TO SEAL DOCUMENT |

The Court, having considered the Petitioner's unopposed Motion to Seal, finds good cause for the redactions proposed and hereby orders that the unopposed Motion to Seal (Dkt. #13) is GRANTED. The Declaration of Harry Williams IV, filed under Dkt. #12, shall remain sealed. The redacted version of the Declaration of Harry Williams IV, filed as Exhibit 1 to the unopposed Motion to Seal, shall be the operative version.

DATED this 21st day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO SEAL DOCUMENT – 1

Law Offices of
**Harry Williams l.l.c.**
707 East Harrison Street
Seattle, WA 98102
206.451.7195